IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                      MDL No. 2804

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −5)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 160 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 24, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk U.S. District Court
Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION    MDL No. 2804

## SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 17−00831 | Association of Arkansas Counties et al v. Purdue Pharma Inc et al |
| INDIANA NORTHERN | | | |
| INN | 1 | 18−00003 | Board of Commissioners of The County of Allen The v. Purdue Pharma LP et al |
| INN | 1 | 18−00005 | Fort Wayne City of v. Cardinal Health Inc et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 18−00047 | CITY OF GREENWOOD, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 1 | 18−00048 | CITY OF NOBLESVILLE, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 1 | 18−00054 | TOWN OF ATLANTA, INDIANA v. CARDINAL HEALTH, INC. et al |
| INS | 1 | 18−00057 | CITY OF MUNCIE, INDIANA v. CARDINAL HEALTH, INC., et al |
| INS | 1 | 18−00060 | CITY OF KOKOMO, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 2 | 18−00010 | VIGO COUNTY INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 2 | 18−00011 | CITY OF TERRE HAUTE, INDIANA v. CARDINAL HEALTH, INC. et al |
| INS | 4 | 18−00003 | HARRISON COUNTY, INDIANA v. CARDINAL HEALTH, INC. et al |
| INS | 4 | 18−00006 | JENNINGS COUNTY v. PURDUE PHARMA L.P. et al |
| IOWA SOUTHERN | | | |

| | | | |
|---|---|---|---|
| IAS | 4 | 18−00010 | Polk County v. Purdue Pharma LP et al |
| IAS | 4 | 18−00011 | Adair County et al v. Purdue Pharma LP et al |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| ~~KYE~~ | ~~7~~ | ~~17−00193~~ | ~~Pike v. Teva Pharmaceuticals USA, Inc. et al~~ **Opposed 1/24/18** |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 2 | 18−00002 | Woods v. Purdue Pharma L P et al |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 18−00063 | Cecil County, Maryland v. Amerisourcebergen Drug Corporation et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 18−10010 | Hapgood v. Purdue Pharma L.P. et al |
| MA | 3 | 18−10032 | City of Woburn v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−10035 | City of Methuen v. Amerisourcebergen Drug Corporation et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 1 | 18−10078 | County of Roscommon, Michigan v. Purdue Pharma L.P. et al |
| MIE | 5 | 18−10077 | County of Crawford, Michigan v. Purdue Pharma L.P. et al |

MICHIGAN WESTERN

| | | | |
|---|---|---|---|
| MIW | 1 | 18−00030 | Leelanau, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00032 | Mason, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00033 | Manistee, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 18−00001 | Marquette, County of v. Purdue Pharma L.P. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 18−00062 | County of Anoka, Minnesota v. Purdue Pharma L.P. et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 3 | 18−00006 | Tippah County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 18−00007 | Benton County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 18−00008 | Union County, Mississippi v. Amerisourcebergen Drug Corporation et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 5 | 18−00009 | Amite County, Mississippi v. Amerisourcebergen Drug Corporation et al |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 1 | 18−00024 | County of Albany, New York v. Purdue Pharma L.P. et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 7 | 18−00001 | Onslow County v. AmerisourceBergen Drug Corporation et al |
| NCE | 7 | 18−00002 | City of Jacksonville v. AmerisourceBergen Drug Corporation et al |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 18−00004 | Eastern Band of Cherokee Indians v. AmerisourceBergen Drug Corporation et al |

SOUTH DAKOTA

| | | | |
|---|---|---|---|
| SD | 4 | 18−04003 | Flandreau Santee Sioux Tribe et al v. Purdue Pharma L.P. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 2 | 18−00002 | Greene County, Tennessee v. Amerisourcebergen Drug Corporation et al |
| TNE | 2 | 18−00003 | Johnson County v. Amerisourcebergen Drug Corporation et al (TV1) |
| TNE | 3 | 18−00006 | Campbell County v. Amerisourcebergen Drug Corporation et al (JRG2) |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 18−00008 | Williamson County, Tennessee v. AmerisourceBergen Drug Corporation et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 1 | 18−02016 | Haywood County v. Amerisourcebergen Drug Coropration et al |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 2 | 18−00002 | County of Camp v. Purdue Pharma L.P. et al |
| TXE | 5 | 18−00002 | County of Franklin v. Purdue Pharma L.P. et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 5 | 17−04484 | Raleigh County Commission v. CVS Indiana, L.L.C. et al |

WISCONSIN EASTERN

WIE 2 18−00022 Brown County et al v. Purdue Pharma LP et al